**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JAMES M. VARDON,

    Plaintiff,

v.                                            Case No: 8:15-cv-670-T-30MAP

JAMES E. WHITTEMORE,

    Defendant.

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of *pro se* Plaintiff James M. Vardon's complaint reflects that it is frivolous and without merit. Vardon files this action against the Honorable James E. Whittemore,[1] alleging that Judge Whittemore improperly dismissed his case. Specifically, Vardon seeks a "legal civil action against the Judge who made that decision." (Dkt. 1). Any remedy related to the dismissal of Vardon's case before Judge Whittemore is through the appellate process; Vardon may not file a separate cause of action against Judge Whittemore.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    Any pending motions are denied as moot.

---

[1] The correct name is James D. Whittemore.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of March, 2015.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2015\15-cv-670 dismissal.docx

2